IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KIM CAMILLE FLORENCE, | * |
| Petitioner, | * |
| v. | Case No. 4:24-cv-84-TES-CHW |
| | * |
| U.S. MAGISTRATE STEPHEN HYLES, *et al.,* | |
| | * |
| Respondents. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated July 16, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of July, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk